**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on July 1, 2026**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **GRAND JURY ORIGINAL** |
| **v.** | : | |
| **RAYMOND BROWN,** | : | **VIOLATIONS:**<br>**18 U.S.C. § 922(g)(1)**<br>**(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)** |
| **Defendant.** | : | **22 D.C. Code § 4503(a)(1), (b)(1)**<br>**(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) (Crime of Violence)** |
| | : | **22 D.C. Code § 4514(a), (c)(1), and (c)(3)**<br>**(Possession of a Prohibited Weapon (Felony))** |
| | : | **FORFEITURE:**<br>**18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)** |

---

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about August 21, 2026, within the District of Columbia, **RAYMOND BROWN**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in U.S. District Court for the District of Maryland Case No. 13-cr-154 (DKC), Superior Court for the District of Columbia Case No. 2005-FEL-3615, and U.S. District Court for

the District of Columbia Case No. 00-cr-44, did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

**COUNT TWO**

On or about August 21, 2026, within the District of Columbia, **RAYMOND BROWN**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in U.S. District Court for the District of Maryland Case No. 13-cr-154 (DKC), Superior Court for the District of Columbia Case No. 2005-FEL-3615, and U.S. District Court for the District of Columbia Case No. 00-cr-44 including the following Crimes of Violence as defined in 23 D.C. Code, Section 1331(4): Voluntary Manslaughter and Assault with Intent to Kill, in District of Columbia Superior Court Case No. 2005-FEL-3615, owned, kept, and had within his possession and control, a firearm.

(**(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) (Crime of Violence)**), in violation of 22 D.C. Code, Sections 4503(a)(1), (b)(1))

**COUNT THREE**

On or about August 21, 2026, within the District of Columbia, **RAYMOND BROWN**, after having been convicted in the District of Columbia of a felony, did unlawfully have in his possession a ghost gun.

(**Possession of a Prohibited Weapon (Felony)**, in violation of D.C. Code Sections 22-4514(a), (c)(1), (c)(3))

**FORFEITURE ALLEGATION**

1. Upon conviction of the offenses alleged in Count One or Count Two of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to a privately manufactured firearm and 9mm ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

JEANINE FERRIS PIRRO
United States Attorney

Colleen D. Kukowski
COLLEEN KUKOWSKI
Assistant United States Attorney